AHMED MOHSEN FAYZ, a minor
by his Next Friend MOHSEN FRANK FAYZ,
and MOHSEN FAYZ individually,

        Plaintiffs,                  Case No. 2:05CV73448
                                                         Hon. Paul Borman
-vs-                                                Magistrate Judge Capel

SEARS ROEBUCK & COMPANY,

        Defendant.
_____/

PATRICIA L. WORRALL (P62984)
THE THURSWELL LAW FIRM, P.L.L.C.
Attorney for Plaintiff
1000 Town Center, Suite 500
Southfield, MI 48075
(248) 354-2222

GERGORY M. KOPACZ (P25287)
Dykema Gossett PLLC
Attorney for Defendant
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304-2820
248-203-0707 phone
248-203-0763 fax
e-mail gkopacz@dykema.com
_____/

## ORDER FOR DISTRIBUTION OF PROCEEDS

At a session of said Court, held
in the City of Detroit, County of
Wayne, State of Michigan,
on, 9/24/ 20__ **PAUL D. BORMAN**

PRESENT: THE HONORABLE_____
                                        UNITED STATES DISTRICT COURT JUDGE

FILED

SEP 24 2007

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

_1

Upon Motion for Distribution of Settlement Proceeds having been filed, notice having been given and/or waived as required by statute, and the Court being otherwise fully advised in the premises;

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the settlement proceeds in the amount of $10,000.00 shall be and hereby are distributed as follows:

A. To the Thurswell Law Firm, the amount of $4,383.93 as reimbursement of costs in the amount of $1,575.90 and attorney fees, in the amount of $2,808.03.

B. To Blue Cross Blue Shield $300.00.

C. To McFord Pediatrics $180.00.

D. To Avia Life Insurance Company, the amount of $5,136.07 for the purchase of a structure for the Estate of the minor, Ahmed Moshen Fayz, to be structured as follows:

**Guaranteed Lump Sums:**

| Benefit | Cost | Guaranteed yield |
|---|---|---|
| Age 18 on 09/17/18 | $5,136.07 | $7,900.00 |

_____
UNITED STATES DISTRICT COURT